**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 59 WAL 2014
:
                  Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
MARY ANN MCKEE, :
:
                  Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is

**DENIED**; said denial is predicated on defects in the counseled petition, and is without

prejudice to any rights Petitioner may have pursuant to the Post Conviction Relief Act.